# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNFLORA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE NATURAL SOLUTIONS, LLC, and MICHELLE PINA, <br><br> Defendants. | Case No. 2:20-cv-01141 CJC (MRWx) <br><br> **ORDER RE DISMISSAL WITH PREJUDICE** |
| AND RELATED COUNTERCLAIMS | |

## ORDER

Based on the parties' stipulation that all of the claims in this matter have been resolved by a confidential payment from The Natural Solutions LLC to SunFlora, Inc, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated: June 29, 2022

_____
Hon. Cormac J. Carney
United States District Court Judge